MINNIE ROUSAK et al., Respondents, *v.* ROSE RUDNICK, Appellant.

(Argued January 9, 1934; decided January 23, 1934.)

*John J. McGinty, Joseph C. Thomson* and *Frederick Mellor* for appellant.

*Fred P. Harrington* and *Charles S. Scholnicoff* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CK. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.